# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSEY E. STEWART,<br><br>                              Plaintiff,<br>   vs.<br>POWAY UNIFIED SCHOOL DISTRICT, et al.,<br><br>                              Defendants. | CASE NO. 06CV1128 WQH (POR)<br><br>ORDER DISMISSING CASE |

HAYES, Judge:

On May 24, 2006, Plaintiff filed the Complaint in this matter and moved to proceed in forma pauperis. (Docs. # 1, 4). On June 26, 2006, the Court denied Plaintiff's motion to proceed in forma pauperis and ordered Plaintiff to file a First Amended Complaint and pay the $350.00 filing fee within 30 days. (Doc. # 6). On August 8, 2006, Plaintiff moved the Court to reconsider a previous low number order and the Court's order denying Plaintiff's motion to proceed in formal pauperis. (Doc. # 15). On September 5, 2006, the Court denied the motion for reconsideration, and again ordered that Plaintiff file a First Amended Complaint and pay the $350.00 filing fee. (Doc. # 17).

On September 29, 2006, and November 2, 2006, Plaintiff moved to stay the proceeding pending resolution of a case in the Court of Appeals for the Ninth Circuit. (Docs. # 18, 20, 21). On October 20, 2006, and December 1, 2006, the Court denied the motions to stay. (Docs. # 19, 24). On January 11, 2007, the Court denied Plaintiff's motion to file a response to the Court's order denying Plaintiff's motion for stay. (Doc. # 26).

1    Since January 11, 2007, nothing has happened in this case, and Plaintiff has neither paid the
2 $350.00 filing fee nor filed a First Amended Complaint as required by the Court's orders of June 26,
3 2006, and September 5, 2006.  (Docs. # 6, 17).
4    After reviewing the docket in this case, and in consideration of Plaintiff's failure to pay the
5 $350.00 filing fee, failure to file a First Amended Complaint, and failure to prosecute this action since
6 January 11, 2007, the Court DISMISSES this action without prejudice.
7    **IT IS SO ORDERED**.
8 DATED:  July 13, 2007

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge